# United States District Court
## Southern District of Georgia

CHEMOIL INTERNATIONAL PTE LTD.

Plaintiff

v.

M/V HANJIN BALTIMORE, HER ENGINES, TACKLE,

Defendant

Case No. CV416-301

Appearing on behalf of Plaintiff

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 9th day of November, 2016

_____
UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~

*****

NAME OF PETITIONER: J. Stephen Simms

Business Address: Simms Showers LLP
Firm/Business Name

201 International Circle
Street Address

| Suite 250 | Baltimore | MD | 21030 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

410-783-5795
Telephone Number (w/ area code)    Georgia Bar Number

Email Address: jssimms@simmsshowers.com

U.S. DISTRICT COURT SAVANNAH DIV. 2016 NOV -9 AM 11:43 CLERK SO. DIST. OF GA.