IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHEMOIL INTERNATIONAL PTE )
LTD., )
  )
    Plaintiff, )
  )
v. ) CASE NO. CV416-301
  )
M/V HANJIN BALTIMORE, her )
engine, tackle, apparel and )
appurtenances In Rem, )
  )
    Defendants. )

# ORDER

Before the Court is Plaintiff Chemoil International's Notice of Dismissal With Prejudice. (Doc. 14.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has filed neither an answer nor motion for summary judgment in this case, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITH PREJUDICE** with each party to bear its own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 16th day of November 2016.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA